FILED



# UNITED STATES DISTRICT COURT

2020 DEC 14 AM 9:32



for the

MIDDLE District of FLORIDA

CIVIL Division

RAMON PHILLIPS / BABARA PHILLIPS

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DAVID WEISEL

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:20-cv-598-oc-30PRL

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAMON PHILLIPS |
| Street Address | 4849 SE 110TH ST #60 |
| City and County | BELLEVIEW |
| State and Zip Code | FLORIDA 34420 |
| Telephone Number | |
| E-mail Address | LAWAPPEALS@GMAIL.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DAVID WEISEL |
| Job or Title *(if known)* | |
| Street Address | 18 WINTER GREEN WAY |
| City and County | OCALA, MARION |
| State and Zip Code | FLORIDA 34482 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* RAMON PHILLIPS, is a citizen of the State of *(name)* FLORIDA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* DAVID WEISEL, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.
Or is incorporated under the laws of *(foreign nation)* __________,
and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

250,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

EXPLOTATION OF A PERON WITH DISABILITIES BY ILEGALY SIGNING HIS NAME OF A PROPERTY TITLE PURCHASE AND ILEGAL APROPIATION OF DISABLE PERSON BUISNESS EQUIPMENT WORTH 200,000.00 FROM THE PLAINTIFF'S PROPERTY

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To withdraw from plaintiff,s property title and return or/provide the amount owed of the buisness equipment taken from the plaintiff's buisness woth $200,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/08/2020

Signature of Plaintiff X Ray B. Phillips X [signature]

Printed Name of Plaintiff Ramon Plillips

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address





# *IN THE U.S. FEDERAL DISTRICT COURT IN AND FOR MIDDLE DISTRICT OCALA, FLORIDA*

*CIVIL LAWSUIT DIVISION*
*CIVIL FINANCIAL EXPLOITATION OF AN ELDERLY WITH DISABILITY/ FORGERY OF SIGNATURE OF AN ELDERLY WITH DISABILITY*
*CASE NUMBER: ______________*

*RAMON PHILLIPS & BARBARA PHILLIPS*
*PLAINTIFF*
*VS*
*DAVID W. EISEL*
*DEFENDANT*

*RAMON PHILLIPS*
*PLAINTIFF*
*4849 SE 110TH ST, STE 60*
*BELLEVIEW, FL 34482*

*DAVID W. EISEL*
*DEFENDANT*
*18 WINTERGREEN WAY*
*OCALA, FL 34482*

# TABLE OF CONTENTS

---

## STATUTES

---

- ***TITLE XVII Economic Security and Public Welfare CHAPTER 29 Protection of Adults KRS 209.020 Definitions of Chapter; (9)*** *"Exploitation" means obtaining or using another person's resources, including but not limited to funds, assets, or property, by deception, intimidation, or similar means, with the intent to deprive the person of those resources;"*

- ***AS 13.26.165-13.26.324****, unless the context requires otherwise, "fraud" means;* ***(1)*** *Robbery, extortion, and coercion under* ***AS 11.41.500***

- ***AS Sec. 47.24.900.*** *Definitions* ***(8)*** *"exploitation" (A) means unjust or improper use of another person or another person's resources for one's own profit or advantage, with or without the person's consent; and (B) includes acts by a person who stands in a position of trust or confidence with a vulnerable adult...advantage through undue influence.* ***AS 13.26.324(1) and (2).***

- ***AS 47.24.900; (21)*** *"vulnerable adult" means a person 18 years of age or older who, because of incapacity, mental illness, mental deficiency, physical illness or disability, advanced age, chronic use of drugs, chronic intoxication, fraud, confinement, or disappearance, is unable to meet the person's own needs or to seek help without assistance.*

- ***A.R.S 14-5101*** *Definitions; "Incapacitated person" means any person who is impaired by reason of mental illness, mental deficiency, disability, chronic use of drugs, or communicate responsible of limited guardianship only...determines by clear and convincing evidence that the person retains sufficient understanding..."*

- ***A.R.S 46-451*** *Definitions; "Exploitation" means the illegal or improper use of a vulnerable adult or his resources for another's profit or advantage."*

- ***TITLE 9 Family Law, Subtitle 2. Domestic Relations, Chapter 20 Adult Maltreatment Custody Act 9-20-103;*** *Definitions;* ***(7)*** *"Exploitation" means the:* ***(A)*** *Illegal or unauthorized use or management of an endangered persons or an impaired persons funds, assets, or property;* ***(C)*** *Fraudulent or otherwise illegal, unauthorized, or improper act of process of an individual including a caregiver..."*

- ***TITLE 38 Public Welfare, CHAPTER 9 Protection of Aged or Disabled Adults Statute 38-9-2;*** *Definitions;* ***(8)*** *Exploitation. The expenditure, diminution, or use of the property, assets, or resources of a protected person without the express voluntary consent of that person or his or her legally authorized representative or the admission of or provision of care to a protected person who needs to be in the care of licensed hospital by an unlicensed hospital after court order obtained by the State Board of Health has directed closure from the unlicensed hospital. For the purpose of this section and* ***Sections 38-9-6 & 36-9-7,*** *the term" unlicensed hospital" shall have the meaning ascribed to it in* ***Section 22-21-33****, and the term "licensed hospital" shall have the meaning to it in Section* ***22-21-20.***

  ***(17)*** *Protected person. Any person over 18 years of age subject to protection under this chapter or any person, including but not limited to, persons who are senile, people with intellectual disabilities and developmental disabilities, or any person over 18 years of ager that is mentally or physically incapable of adequately caring for himself or herself and his or her interest without serious consequences to himself or herself or others.*

- ***TITLE 26. HUMAN SERVICES CODES, ARTICLE 3.1 PROTECTIVE SERVICES FOR ADUKLTS AT RISK OF MISTREATMENT OR SELF-NEGLECT, PART 1 PROTECTIVE SERVICES FOR AT RISK-ADULTS 26-3.1-101;*** *DEFINITIONS* ***(4)*** *"Exploitation" means an act of omission by a person that:*

*(A) Uses deception, harassment, intimidation, or undue influence to permanently or temporarily deprive an at-risk adult of the use, benefit, or possession of his or her money, assets, or property; **(b)** In the absence if legal authority*

*TITLE XLVI Whoever falsely makes, alters, forges or counterfeits a public record, or certificate, return or attestation of any clerk or register of a court, public register, notary, town clerk or any public officer, in relation to a matter, wherein such certificate, return or attestation may receive as a legal proof or character, deed, will, testament, bond, or writing obligatory with intent to injure or defraud any person.*

*B-* *CITATIONS*



- *Civil Financial Exploitation;* ***KRS 209.020 (2016)***
- *Civil Financial Exploitation;* ***Code of Ala. 38-9-2 (2016)***
- *Civil Financial Exploitation;* ***A.C.A. -20-103 (2016) & A.C.A 12-121703***
- *Civil Financial Exploitation;* ***Alaska Stat. 47-24-900***
- *Civil Financial Exploitation;* ***A.R.S. 14-5101***
- *Civil Financial Exploitation;* ***A.R.S. 46-451***
- *Civil Financial Exploitation;* ***C.R.S 26-3.1-101***
- *Civil Financial Exploitation;* ***AS 13.26.165-13.26.324***

- *Civil Financial Exploitation;* **AS Sec. 47.24.900**
- *Civil Financial Exploitation;* **AS 47.24.900; (21)**
- *Civil Financial Exploitation;* **A.R.S 14-5101**

## *STATEMENT OF THE FACTS*

*Now here comes the Plaintiff's and hereby states the facts:*

1) *That the Plaintiff & the Defendant have known each other since the year of 2006.*

2) *Both the Plaintiff & the Defendant are adults & residents of Marion County, Florida.*

3) *On or about November 2010 the Defendant approached Plaintiff with knowledge of the Plaintiff being disabled and incapable of making any decisions due to his mental disability; coerced the Plaintiff into signing a contract and placing a deposit of $500.00 to Brick City Title Insurance Agency for the purchase of 2 acres. (Exhibit A) The address for both acres being 11891 W HWY 328, Ocala, FL 34482 Lots 21108-003-35 & 21108-203-35. TITLE 9 Family Law, Subtitle 2. Domestic Relations, Chapter 20 Adult Maltreatment Custody Act 9-20-103;*

*Definitions; (7) "Exploitation" means the: (A) Illegal or unauthorized use or management of an endangered persons or an impaired persons funds, assets, or property; (C) Fraudulent or otherwise illegal, unauthorized, or improper act of process of an individual including a caregiver…"*

4) *On or about August 19th, 2011; the Defendant took the Plaintiff to Brick City Title to close & sign the deed. Defendant illegally & knowingly the Plaintiff's disability which he cannot decide for himself requested that the title company add his name to the deed. Whoever falsely makes, alters, forges or counterfeits a public record, or certificate, return or attestation of any clerk or register of a court, public register, notary, town clerk or any public officer, in relation to a matter, wherein such certificate, return or attestation may receive as a legal proof or character, deed, will, testament, bond, or writing obligatory with intent to injure or defraud any person.*

5) *On or about September 9th, 2011; a corrective deed was done by the title company placing the Defendant as right of survivorship without authorization and without the Plaintiff's knowledge. A.R.S 46-451 Definitions; "Exploitation" means the illegal or improper use of a vulnerable adult or his resources for another's profit or advantage."* ***TITLE 9 Family Law, Subtitle 2. Domestic Relations, Chapter 20 Adult Maltreatment Custody Act 9-20-103; (A) Illegal or unauthorized use or management of an endangered persons or an impaired persons funds, assets, or property.***

6) *Defendant requested employment with the knowledge of the Plaintiff's disability & inability to be consciously aware of his decisions. Defendant used Plaintiff's shop for his own personal employment and personal gain.*

7) *Defendant removed multiple tools and traveling trailers from the Plaintiff's property without authorization and without notifying the Plaintiff.*

8) *Defendant used the Plaintiff's property illegally without authorization at times when the Plaintiff was not in the area. Plaintiff was currently in the state of Texas recuperating from a stroke he had suffer.*

9) *Defendant illegally removed ALL the Plaintiff's companies welding tools, equipment, trailers, and other assets while Plaintiff was not in the state of Florida. Stealing a total of $200,000.00 of property & equipment.*

10) *Defendant also entered the premises illegally and without authorization while removing the Plaintiff's personal & business belongings also taking 3 diamond rings from inside the Plaintiff's home. Witnesses can state that the light was on in the shop during the middle of the night a week or so before the Plaintiff came back home, and that the Defendant's truck & others were parked in front of the Plaintiff's business shop.*

11) *The Plaintiff returned home from the state of Texas late December of 2017 to find all his hard-earned belongings removed from his property. Plaintiff's confronted the Defendant & the Defendant falsely accused the Plaintiff that he allowed him to watch over and take the*

*assets so that it would not be stolen. Plaintiff told the Defendant that was FALSE & demanded all the assets to be returned; and the Defendant said he would not return them.*

12) *Defendant threatened the Plaintiff with physical harm if he were to be reported to the Marion County Sheriff's Department by stating he has lots of companions in the Sheriff's Department that would not charge him.*

13) *Plaintiff contacted the Marion County Sheriff's office in which the officer arrived at the Plaintiff's property & stated that it was a civil matter.*

14) *Defendant has constantly threatened the plaintiff with bodily harm and verbal abuse after the plaintiff contacted the senior citizen abuse hotline.*

## *Conclusion*

---

*Therefore, the Plaintiff request that this Honorable Judge of the Federal Middle District Court enters a Judgement against the defendant mention above or sets for a non-jury trail as require by law.*

*CERTIFICATE OF SERVICE*

*I HEREBY STATE THAT A TRUE AND CORRECT COPY has been mail to the Defendant DAVID W. EISEL via U.S. Mail to the address of 18 WINTERGREEN WAY, Ocala Florida 34482*

*RAMON PHILLIPS*